## Commonwealth *v.* Hayward, Appellant.

Submitted September 14, 1970. *Philip D. Lauer,* for appellant; *Peter Rybak,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Order affirmed.